LAWRENCE J. GORNICK (SBN 136290)
DENNIS J. CANTY (SBN 207978)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE S. GOTSCHALL, <br><br> Plaintiff, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., et al. <br><br> Defendants. | CASE NO. C 06 1321 MMC <br><br> [~~PROPOSED~~] ORDER DISMISSING ASTRAZENECA PHARMACEUTICALS, L.P., AND ASTRAZENECA, L.P. WITHOUT PREJUDICE |

Pursuant to Plaintiff's motion and the Order filed July 20, 2006 in the <u>Harkins v. AstraZeneca Pharmaceuticals, L.P.,</u> et al. Case No. C 05 0566 MMC, Defendants ASTRAZENECA PHARMACEUTICALS, L.P., AND ASTRAZENECA, L.P., are hereby dismissed without prejudice from the captioned action.

**IT IS SO ORDERED.**

Dated: July 25, 2006

_____
The Honorable Maxine M. Chesney
United States District Court Judge